🖉 PS 8
(3/15)

Case 2:04-cr-02126-RMP   Document 176   Filed 05/05/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2016

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gomez, Robert Pete | Docket No. | 2:04-CR-2126-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Robert Pete Gomez, who was placed under pretrial release supervision by the Honorable U.S. District Judge Rosanna Malouf Peterson in the Court at Yakima, Washington, on the 11th day of March 2016, under the following condition:

**Condition #8(f)**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

**Condition #8(e):** Within twenty-four hours of receiving the identity of his probation officer, Defendant shall contact said officer telephonically or in person and shall report as often as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #3**: Consuming a controlled substance, methamphetamine, on or about April 20, 2016.

**Violation #4:** Failing to report to the United States probation office as directed since May 2, 2016.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2016

by  s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

5/5/2016

Date