PROB 12C
(7/93)

Report Date: June 22, 2016

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2016

SEAN F. MCAVOY, CLERK

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Pete Gomez                Case Number: 0980 2:04CR02126-RMP-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 28, 2005
Resentencing Date: May 26, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § (22(g)(1) | |
| Original Sentence: | Prison 264 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Resentencing<br>Sentence: | Prison 110 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Laurel Jane Holland | Date Supervision Commenced: May 26, 2016 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: May 25, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Gomez used methamphetamine on May 30, 2016.<br><br>On June 1, 2016, Mr. Gomez reported to the probation office for his supervision intake appointment.  At the time of intake, he admitted to having used methamphetamine on May 30, 2016.  He signed an admission/denial form admitting to having used methamphetamine. |

Prob12C
**Re: Gomez, Robert Pete**
**June 22, 2016**
**Page 2**

2        **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Gomez aborted substance abuse inpatient treatment against medical advise from Sundown M Ranch on June 18, 2016.

On June 15, 2016, Mr. Gomez reported to the probation office at which time we discussed entering inpatient drug and alcohol treatment.  Mr. Gomez agreed to participate in such treatment and was referred to Sundown M Ranch for 21 days of inpatient treatment.  A bed date was reserved for June 17, 2016.  However, Mr. Gomez aborted this treatment program the following day on June 18, 2016, against medical advise.  Since aborting treatment the offender has failed to report or contact the probation office and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 22, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

6/22/2016

Date