PROB 12C
(6/16)

Report Date:  October 26, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Pete Gomez                    Case Number: 0980 2:04CR02126-RMP-1

Address of Offender: Homeless

Name of Original Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Resentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 28, 2005
Re-sentencing Date: May 26, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § (22(g)(1) | |
| Original Sentence: | Prison - 264 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Re-sentencing<br>Sentence: | Prison - 110 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Laurel Janet Holland | Date Supervision Commenced: May 26, 2016 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: May 25, 2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 22, 2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 8**: The defendant shall not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician.  Use acquisition , or possession of marijuana with or without a physician's prescription is prohibited. |

**Supporting Evidence**: Mr. Gomez was found in possession of methamphetamine on October 15, 2016.

According to the Auburn Police Department narrative report, Mr. Gomez was searched at the time of his arrest on October 15, 2016.  The officer located a small blue plastic container attached to a key chain and lanyard in the defendant's right jean pocket.  Inside the container was a small plastic baggy with a crystal type substance which appeared to be

methamphetamine.  Mr. Gomez initially denied knowing what the substance was, but later admitted he had been using methamphetamine.  The officer field tested the suspected methamphetamine and received positive results for the substance.  The methamphetamine had an unpackaged weight of .8 grams.  The substance was placed into evidence.

4        **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Mr. Gomez left the Eastern District of Washington without permission and was found in the Western District of Washington.

On October 15, 2016, Mr. Gomez was arrested after a traffic stop on a federal warrant and for possession of methamphetamine by the Auburn Police Department in Auburn, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 26, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ X ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

10/27/2016

Date